IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Civil Action No. 12-CV-02395-JLK

SUMMIT BANK & TRUST, a Colorado corporation,
CITY CENTER WEST LP, a Colorado limited partnership,

    Plaintiffs,

v.

AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation,

    Defendant.

---

ORDER GRANTING DEFENDANT'S MOTION FOR CERTIFICATION
PURSUANT TO F.R.C.P. 54(b)

Kane, J.

    THIS COURT, having reviewed Defendant's Motion for Certification, Doc. 29, and being advised in the premises, hereby GRANTS Defendant's Motion. This Court finds that there is no just reason for delay and certifies judgment against Plaintiff, City Center West, LP, as final pursuant to Fed. R. Civ. P. 54(b).

DATED:   May 10, 2013      BY THE COURT:
    */s/ John L. Kane*
    U.S. Senior District Judge