**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**SENIOR JUDGE JOHN L. KANE**

Date: May 15, 2013
Civil Case No.: 12-cv-02395-JLK

Deputy Clerk: Bernique Abiakam
Reporter: Janet Coppock

| | |
|---|---|
| SUMMIT BANK & TRUST,<br><br>        Plaintiff,<br><br>v.<br><br>AMERICAN MODERN HOME<br>INSURANCE COMPANY,<br><br>        Defendant. | Kenneth R. Bennington<br>Adam F. Aldrich<br><br><br><br>Christopher J. Shannon |

## COURTROOM MINUTES

**HEARING:  Scheduling Conference**

**10:05 a.m.     Court in session.**

Court calls case.  Counsel present.

Preliminary remarks by the Court.

10:08 a.m.     Argument by Mr. Shannon.

10:13 a.m.     Argument by Mr. Bennington.

10:17 a.m.     Argument by Mr. Aldrich.

10:19 a.m.     Rebuttal argument by Mr. Shannon.

Comments and ruling by the Court.

**ORDERED:   Defendant's Motion To Stay Litigation (Filed 4/30/13; Doc. No. 28) is DENIED.**

Discussion regarding Proposed Scheduling Order.

**ORDERED:   A Status Conference is set for September 27, 2013 at 10:00 a.m.**

**10:30 a.m.     Court in recess.**
Hearing concluded.
Total in-court time: 00:25