IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **12-cv-02395-JLK**

**SUMMIT BANK & TRUST, a Colorado Corporation; and
CITY CENTER WEST LP, a Colorado Limited Partnership,**
    Plaintiffs,

v.

**AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio Corporation,**
    Defendant.

___

**ORDER FOR STATUS REPORT AND VACATING STATUS CONFERENCE**
___

Kane, J.

    Having reviewed this action's file, the Court no longer believes the Status Conference set for September 27, 2013 is necessary. Accordingly, the Status Conference is VACATED. In lieu of the Status Conference, the parties are ORDERED to confer and submit jointly by or on September 27, 2013 a Status Report updating the Court as to the proceedings in this matter's companion case before the Tenth Circuit Court of Appeals.

Dated: September 19, 2013                                      BY THE COURT:
                                                                               *s/John L. Kane*
                                                                               U.S. SENIOR DISTRICT JUDGE