IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-02395-JLK

**SUMMIT BANK & TRUST, a Colorado Corporation,**

Plaintiff,

v.

**AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio Corporation,**

Defendant.

_____
**ORDER VACATING EVIDENTIARY HEARING AND BENCH TRIAL**
_____

Kane, J.

In light of the parties' Notice of Settlement, Doc. 74, the hearing on Plaintiff's Motion *In Limine* to Preclude Randy Beal's Expert Testimony currently set for Wednesday, October 29, 2014 at 2:00 p.m. is VACATED. It is further ORDERED that the four-day bench trial that is currently set to commence on Monday, November 3, 2014 at 9:00 a.m. is VACATED. Once the necessary settlement documents have been completed and executed, Plaintiff and Defendant shall file a Stipulated Motion to Dismiss this Case with Prejudice. If such a motion is not filed by November 21, 2014, the parties shall file a Joint Status Report.

DATED:   October 24, 2014             BY THE COURT:

                                      *s/John L. Kane*
                                      John L. Kane, U.S. Senior District Judge