IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. 12-cv-02395-JLK

**SUMMIT BANK & TRUST, a Colorado Corporation,**

    Plaintiff,

v.

**AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio Corporation,**

    Defendant.

___

**ORDER RE WITHDRAWAL OF SETTLEMENT**
___

Kane, J.

In light of Defendant's Notice of Withdrawal of Settlement, Doc. 76, the previously vacated hearing on Plaintiff's Motion In Limine to Preclude Randy Beal's Expert Testimony is once more set for Wednesday, October 29, 2014 at 2:00 p.m. It is further ORDERED that the previously vacated four-day bench trial is once more set to commence on Monday, November 3, 2014 at 9:00 a.m.

DATED:   October 27, 2014          BY THE COURT:

                                                                     *s/John L. Kane*
                                                                     John L. Kane, U.S. Senior District Judge