IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-02395-JLK

SUMMIT BANK & TRUST, a Colorado corporation,

   Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation,

   Defendant.

---

### SECOND NOTICE OF SETTLEMENT

---

  Defendant American Modern Home Insurance Company ("AMHIC" or "Defendant"), submits this Second Notice of Settlement, and states as follows:

  1. After filing a Notice of Settlement on Friday, October 24, 2014, an issue arose regarding the terms of the settlement agreement.

  2. It was unknown at the time if the issue could be resolved.  In order to avoid losing the previously scheduled trial date if this issue could not be resolved, Defendant filed the Withdrawal of the Notice of Settlement later on Friday, October 24, 2014.

3. The Parties were able to resolve the outstanding issue on Monday, October 27, 2014. A complete settlement agreement and release has been exchanged among the Parties and the language has been agreed to by the Parties. The settlement agreement and release only requires final signatures.

4. As a result of the final settlement agreement and release being agreed to by the Parties, this Court is hereby notified of this final settlement. The Parties anticipate that they will be able to file a Stipulated Motion to Dismiss with Prejudice in the near future. Therefore, the Parties respectfully request this Court vacate the hearing set for October 29, 2014 at 2:00 p.m. and the four-day bench trial set to commence on Monday, November 3, 2014.

Respectfully submitted this 27th day of October, 2014.

THE HUSTEAD LAW FIRM
*A Professional Corporation*

*Original signature is on file at*
*The Hustead Law Firm, A Professional*
*Corporation*

*/s/Christopher J. Shannon*
Patrick Q. Hustead, Esq.
Christopher J. Shannon, Esq.
4643 South Ulster Street, Suite 1250
Denver, Colorado 80237
Telephone: (303) 721-5000
*Attorneys for Defendant*

# CERTIFICATE OF SERVICE

I do hereby certify that on this 27th day of October, 2014, a true and correct copy of the foregoing **SECOND NOTICE OF SETTLEMENT** was electronically filed with the Court and served and/or served via U.S. Mail, first class postage prepaid and properly addressed to:

Kenneth R. Bennington, Esq.
Adam F. Aldrich, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202
*Counsel for Plaintiffs*

*Original signature is on file at*
*The Hustead Law Firm, A*
*Professional Corporation*

*/s/Christopher J. Shannon*

Christopher J. Shannon, Esq.