IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-CV-02395-JLK

SUMMIT BANK & TRUST, a Colorado corporation,

      Plaintiff,

v.

AMERICAN MODERN HOME INSURANCE COMPANY, an Ohio corporation,

      Defendant.

## STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE

      Plaintiff, Summit Bank & Trust, and Defendant, American Modern Home Insurance Company, by and through their respective attorneys, hereby stipulate and agree that the entire action should be dismissed with prejudice with each party to pay their own attorney's fees and costs.

      IT IS FURTHER STIPULATED AND AGREED that an appropriate Order of Dismissal be entered upon the filing of this Stipulation without further notice by or to any party hereto.

Respectfully submitted this 4th day of November, 2014.

| | |
|---|---|
| BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC | THE HUSTEAD LAW FIRM *A Professional Corporation* |
| *Original signature is on file at Bennington Johnson Biermann & Craigmile, LLC* | *Original signature is on file at The Hustead Law Firm, A Professional Corporation* |
| */s/ Adam F. Aldrich* Kenneth R. Bennington, Esq. Adam F. Aldrich, Esq. 370 17th Street, Suite 3500 Denver, CO  80202 Telephone: (303) 629-5200 *Attorneys for Plaintiff* | */s/Christopher J. Shannon* Patrick Q. Hustead, Esq. Christopher J. Shannon, Esq. 4643 South Ulster Street, Suite 1250 Denver, Colorado 80237 Telephone: (303) 721-5000 *Attorneys for Defendant* |

2

## CERTIFICATE OF SERVICE

I do hereby certify that on this 4th day of November, 2014, a true and correct copy of the foregoing **STIPULATED MOTION TO DISMISS CASE WITH PREJUDICE** was electronically filed with the Court and served and/or served via U.S. Mail, first class postage prepaid and properly addressed to:

Kenneth R. Bennington, Esq.
Adam F. Aldrich, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO 80202
*Counsel for Plaintiffs*

*Original signature is on file at*
*The Hustead Law Firm, A*
*Professional Corporation*

*/s/Christopher J. Shannon*

Christopher J. Shannon, Esq.